UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLYDE MATT, an Individual; DONALD PARKER, an Individual; PHILLIP HENKLE, an Individual; ESTRELLA CARINO, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARYL DESHAW, an individual,<br><br>Defendant.<br><br>-and-<br><br>IMT GROUP, LLC, a Nevada limited liability company,<br><br>Nominal Defendant. | Case No. 2:15-cv-00982-MMD-VCF<br><br>ORDER |

The Court granted Plaintiff's motion for default judgment ("Motion"). (ECF No. 16.) However, the Court deferred a ruling on damages because Plaintiff did not offer any evidence to support their request for damages in the amount of $12,000 on behalf of each Plaintiff for a total of $48,000. (*Id.* at 2.) Accordingly, the Court directed Plaintiffs to "file a supplemental affidavit from each Plaintiff that identifies the amount of damage requested and the evidence supporting that request." (*Id.* at 3.) Plaintiffs complied (ECF No. 17), but the affidavit of Plaintiff Donald Parker seeks $21,165.00, which significantly exceeds the $12,000.00 requested in the Motion (*id.* at 6).[1] The Court will not grant damages in excess of the amount identified in the Motion.

---

[1] Plaintiff Clyde Matt asks for $12,015.00. (ECF No. 17 at 5.)

It is therefore ordered that Plaintiffs are entitled to damages as follows: (1) $12,000.00 to Clyde Matt; (2) $12,000.00 to Donald Parker; (3) $11,665.00 to Phillip Henkle; and (4) $11,967.00 to Estrella Carino.

DATED THIS 12th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE